NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**NORMAN G. JENSEN, INC.,**
*Plaintiff-Appellant,*

v.

**UNITED STATES,**
*Defendant-Appellee.*

---

2011-1319

---

Appeal from the United States Court of International Trade in case no. 10-CV-0115, Judge Richard K. Eaton.

---

**ON MOTION**

---

**ORDER**

Norman G. Jensen, Inc. moves for a 30-day extension of time, until September 12, 2011, to file its initial brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. No further extensions should be anticipated.

FOR THE COURT

AUG 1 8 2011
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Joel R. Junker, Esq.
Jason M. Kenner, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 1 8 2011

JAN HORBALY
CLERK